Image ID: D00104176D01

**SUMMONS**

Doc. No. 104176

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha           NE 68183

Mid-American Benefits Inc v. RMTS LLC

Case ID: CI 12      860

TO:  RMTS LLC

**FILED BY**
Clerk of the Douglas District Court
02/02/2012

You have been sued by the following plaintiff(s):

   Mid-American Benefits Inc           Nebraska Assoc. of Resource Distr

Plaintiff's Attorney:   Milton A Katskee
Address:                10404 Essex Ct., #100
                        Omaha, NE 68114

Telephone:              (402) 391-1697

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date: FEBRUARY 2, 2012     BY THE COURT:  *John M. Friend*
                                          Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

   RMTS LLC
   David Kalm, President and Chief Old
   Merchantile Exch. Build. 6 Harrison
   New York, NY 10013

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

EXHIBIT B