```
Image ID:                      SUMMONS                    Doc. No.   104177
D00104177D01
```

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha            NE 68183

Mid-American Benefits Inc v. RMTS LLC

Case ID: CI 12    860

TO:  Nationwide Life Insurance Compa

You have been sued by the following plaintiff(s):

    Mid-American Benefits Inc            Nebraska Assoc. of Resource Distr

```
Plaintiff's Attorney:   Milton A Katskee
Address:                10404 Essex Ct., #100
                        Omaha, NE 68114

Telephone:              (402) 391-1697
```

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  FEBRUARY  2, 2012    BY THE COURT:  *John M. Friend*
                                                                         Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

    Nationwide Life Insurance Compa
    CT Corporation System R.A.
    1024 K St
    Lincoln, NE 68508

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

EXHIBIT C