

**SERVICE RETURN**                Doc. No.   104176

Douglas District Court
1701 Farnam
Omaha                NE 68183

To:
Case ID: CI 12      860 Mid-American Benefits Inc v. RMTS LLC

Received this Summons on _____, _____. I hereby certify that on
_____, _____ at _____ o'clock __M I served copies of the Summons

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Anita Abramyan                   2.7.12
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

Mr. David P. Kalm, President & CEO
RMTS LLC
The Old Mercantile Exchange Bldg.
Six Harrison Street
New York, NY  10013

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7010 0290 0002 7825 1453

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

FILED
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA
FEB 14 2012
JOHN M. FRIEND
CLERK DISTRICT COURT

## CERTIFIED MAIL PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: __RMTS LLC__

At the following address: __Mr. David Kalm, President & CEO__
__The Old Mercantile Exchange Building__
__Six Harrison Street__
__New York, NY  10013__

on the __3rd__ day of __February__ __2012__, as required by Nebraska state law.

Postage $ _____   Attorney for: __Milton A. Katskee, #12147__
                                     __Plaintiff__

The return receipt for mailing to the party was signed on __February 8__, __2012__.

To: RMTS LLC
David Kalm, President and Chief Old
Merchantile Exch. Build. 6 Harrison
New York, NY 10013

From: Milton A Katskee
10404 Essex Ct., #100
Omaha, NE 68114



EXHIBIT D

**ATTACH RETURN RECEIPT & RETURN TO COURT**

Image ID: D00104176D01

# SUMMONS

Doc. No. 104176

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha    NE 68183

Mid-American Benefits Inc v. RMTS LLC

Case ID: CI 12    860

TO:   RMTS LLC

**FILED BY**
Clerk of the Douglas District Court
02/02/2012

You have been sued by the following plaintiff(s):

Mid-American Benefits Inc          Nebraska Assoc. of Resource Distr

FILED
IN DISTRICT COURT
DOUGLAS CO. NE
FEB 14
JOHN M. FRIEND
CLERK DISTRICT COURT

Plaintiff's Attorney:   Milton A Katskee
Address:                10404 Essex Ct., #100
                        Omaha, NE 68114

Telephone:              (402) 391-1697

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date:   FEBRUARY 2, 2012    BY THE COURT:   John M. Friend
                                            Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

RMTS LLC
David Kalm, President and Chief Old
Merchantile Exch. Build. 6 Harrison
New York, NY 10013

Method of service:   Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.



## SERVICE RETURN

Doc. No. 104177

Douglas District Court
1701 Farnam
Omaha    NE 68183

To:
Case ID: CI 12    860 Mid-American Benefits Inc v. RMTS LLC

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>GADA LAW OFFICE   2012<br>D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Nationwide Life Insurance Company<br>c/o CT Corporation System, RA<br>1024 K Street<br>Lincoln, NE 68508 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 0290 0002 7825 1460 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Date: _____    BY: _____
(Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: Nationwide Life Insurance Company

At the following address: c/o CT Corporation System, Reg. Agent

1024 K St.

Lincoln, NE 68508

on the __3rd__ day of __February__ __2012__, as required by Nebraska state law.

Postage $ __10.60__   Attorney for: Milton A. Katskee, #12147
Plaintiff

The return receipt for mailing to the party was signed on February 6, 2012.

FILED
IN DISTRICT COURT
DOUGLAS COUNTY, NEBRASKA
FEB - 8 2012
JOHN M. FRIEND
CLERK DISTRICT COURT

To: Nationwide Life Insurance Compa       From: Milton A Katskee
CT Corporation System R.A.                      10404 Essex Ct., #100
1024 K St                                       Omaha, NE 68114
Lincoln, NE 68508

## ATTACH RETURN RECEIPT & RETURN TO COURT

Image ID: D00104177D01

**SUMMONS**

Doc. No. 104177

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha          NE 68183

Mid-American Benefits Inc v. RMTS LLC

Case ID: CI 12   860

TO: Nationwide Life Insurance Compa

**FILED BY**
Clerk of the Douglas District Court
02/02/2012

You have been sued by the following plaintiff(s):

Mid-American Benefits Inc          Nebraska Assoc. of Resource Distr

Plaintiff's Attorney:   Milton A Katskee
Address:                10404 Essex Ct., #100
                        Omaha, NE 68114

Telephone:              (402) 391-1697

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date: FEBRUARY 2, 2012      BY THE COURT:  John M. Friend
                                           Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

Nationwide Life Insurance Compa
CT Corporation System R.A.
1024 K St
Lincoln, NE 68508

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

# First Class Mail



US POSTAGE
HASLER
017H15508973
$10.60⁰
02/03/2012
Mailed From 68114

**TO:**

Katskee, Henatsch & Suing
Attorneys at Law
10404 Essex Court, Suite 100
Omaha, NE 68114

Nationwide Life Insurance Company
c/o CT Corporation System, RA
1024 K Street
Lincoln, NE 68508

7010 0290 0002 7825 1460

*Certified/Return Receipt Requested*

## U.S. Postal Service™
### CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $10.60 | |

Sent To Nationwide Life Insurance Company
       c/o CT Corporation System, R.A.
Street, Apt. No.;
or PO Box No. 1024 K Street
City, State, ZIP+4
       Lincoln NE  68508

PS Form 3800, August 2006         See Reverse for Instructions

7010 0290 0002 7825 1460

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nationwide Life Insurance Company
c/o CT Corporation System, RA
1024 K Street
Lincoln, NE 68508

2. Article Number *(Transfer from service label)* 7010 0290 0002 7825 1460

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

FILED
IN DISTRICT COURT
DOUGLAS COUNTY, NEBRASKA
FEB - 8 2012
JOHN M. FRIEND
CLERK DISTRICT COURT