IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MID-AMERICAN BENEFITS, INC., ) <br> a Nebraska corporation, and ) <br> THE NEBRASKA ASSOCIATION OF ) <br> RESOURCE DISTRICTS, a ) <br> Nebraska corporation, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RMTS, LLC, a New York limited ) <br> liability company, and ) <br> NATIONWIDE LIFE INSURANCE ) <br> COMPANY, an Ohio corporation, ) <br> ) <br> Defendants. ) <br> _____) | | 8:12CV96 <br><br><br><br><br><br><br><br> ORDER |

       This matter is before the Court on defendants' motion to restrict access to documents (Filing No. 8).  The Court finds the motion should be granted.  Accordingly,

       IT IS ORDERED that the motion is granted.  Exhibit A to Filing No. 1, notice of removal, Exhibits A (Filing Nos. 1-3) are restricted to parties of record and court users.

       DATED this 26th day of March, 2012.

                             BY THE COURT:

                             /s/ Lyle E. Strom
                             _____
                             LYLE E. STROM, Senior Judge
                             United States District Court