IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MID-AMERICAN BENEFITS, INC., a Nebraska corporation, and THE NEBRASKA ASSOCIATION OF RESOURCE DISTRICTS, a Nebraska corporation, | )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs, | ) | 8:12CV96 |
| v. | )<br>)<br>) | |
| RMTS, LLC, a New York limited liability company, and NATIONWIDE LIFE INSURANCE COMPANY, an Ohio corporation, | )<br>)<br>)<br>)<br>) | ORDER |
| Defendants. | ) | |

This matter is before the Court on defendants' motion to restrict access to documents (Filing No. 8). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Exhibit A to Filing No. 1, notice of removal, Exhibits A (Filing Nos. 1-3) are restricted to parties of record and court users.

DATED this 26th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court