IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MID-AMERICAN BENEFITS, INC.,    )
a Nebraska corporation, and     )
THE NEBRASKA ASSOCIATION OF     )
RESOURCE DISTRICTS, a           )
Nebraska corporation,           )
                                )
              Plaintiffs,       )      8:12CV96
                                )
      v.                        )
                                )
RMTS, LLC, a New York limited   )      ORDER
liability company, and          )
NATIONWIDE LIFE INSURANCE       )
COMPANY, an Ohio corporation,   )
                                )
              Defendants.       )
_____)
```

This matter is before the Court on plaintiffs' withdrawal of motion to remand to the state court (Filing No. 18).  The Court finds the withdrawal of motion should be granted.  Accordingly,

IT IS ORDERED that the motion to remand to the state court (Filing No. 13) is deemed withdrawn.

DATED this 10th day of April, 2012.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court