IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MID-AMERICAN BENEFITS, INC., a Nebraska corporation, and THE NEBRASKA ASSOCIATION OF RESOURCE DISTRICTS, a Nebraska corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:12CV96 |
| v. | ) ) | |
| RMTS, LLC, a New York limited liability company, and NATIONWIDE LIFE INSURANCE COMPANY, an Ohio corporation, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the joint motion of all parties for extension of time in which to file the report of the parties' planning conference (Filing No. 22).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; the parties shall have until twenty-one days after defendants have filed a response to plaintiffs' complaint to file their report of planning conference.

DATED this 27th day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court