IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MID-AMERICAN BENEFITS, INC., ) <br> a Nebraska corporation, and ) <br> THE NEBRASKA ASSOCIATION OF ) <br> RESOURCE DISTRICTS, a ) <br> Nebraska corporation, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> RMTS, LLC, a New York limited ) <br> liability company, and ) <br> NATIONWIDE LIFE INSURANCE ) <br> COMPANY, an Ohio corporation, ) <br>  ) <br> Defendants. ) <br> _____) | | 8:12CV96 <br><br><br><br><br><br><br><br><br> ORDER |

      This matter is before the Court on the joint motion of all parties for extension of time in which to file the report of the parties' planning conference (Filing No. 22).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that the motion is granted; the parties shall have until twenty-one days after defendants have filed a response to plaintiffs' complaint to file their report of planning conference.

      DATED this 27th day of April, 2012.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court