IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MID-AMERICAN BENEFITS, INC.,    )
a Nebraska corporation, and     )
THE NEBRASKA ASSOCIATION OF     )
RESOURCE DISTRICTS, a           )
Nebraska corporation,           )
                                )
            Plaintiffs,         )       8:12CV96
                                )
       v.                       )
                                )
RMTS, LLC, a New York limited   )       ORDER AND JUDGMENT
liability company, and          )
NATIONWIDE LIFE INSURANCE       )
COMPANY, an Ohio corporation,   )
                                )
            Defendants.         )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendants' motion to dismiss or, in the alternative, to transfer venue (Filing No. 20) is granted in part.  This action is dismissed without prejudice.

DATED this 5th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court